Cite as: 573 U. S. ____ (2014)

# SUPREME COURT OF THE UNITED STATES

## TARA SHENEVA WILLIAMS *v.* DEBORAH K. JOHNSON, ACTING WARDEN

### ON PETITION FOR WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

No. 13–9085.   Decided July 1, 2014

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment of the United States Court of Appeals for the Ninth Circuit is vacated, and the case is remanded for consideration of petitioner's Sixth Amendment claim under the standard set forth in 28 U. S. C. §2254(d).

*It is so ordered.*